UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

BRAYLIN GUERRERO,

Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)

Criminal No.   26cr10166

Violations:

Count One: Possession with Intent to Distribute
a Controlled Substance
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

Drug Forfeiture Allegation:
(21 U.S.C. § 853)

INFORMATION

COUNT ONE
Possession with Intent to Distribute a Controlled Substance
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

The United States Attorney charges:

On or about October 23, 2025, in Boston, in the District of Massachusetts, the defendant,

BRAYLIN GUERRERO,

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the controlled substance involved in the offense was 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-( 2-phenylethyl )-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.  Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(vi) is applicable to BRAYLIN GUERRERO.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

1.      Upon conviction of the offense in violation of Title 21, United States Code, Section 841, set forth in Count One, the defendant,

BRAYLIN GUERRERO,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2.      If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant–

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

2

LEAH B. FOLEY
UNITED STATES ATTORNEY


BY:    */s/ Charles Dell'Anno*
CHARLES DELL'ANNO
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

Date:    May 29, 2026